UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAY RAJA,

    **Plaintiff,**

vs.                                        Case No.: 8:12-cv-02083-T-27AEP

ENGLEWOOD COMMUNITY
HOSPITAL, INC.,

    **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion to Dismiss Plaintiff's 3rd Amended Complaint (Dkt. 97), to which Plaintiff has responded in opposition (Dkt. 103).

Defendant moves to dismiss Plaintiff's Section 1981 retaliation claim asserted in Count I of the Third Amended Complaint. "To establish a claim of retaliation under Title VII or section 1981, a plaintiff must prove that he engaged in statutorily protected activity, he suffered a materially adverse action, and there was some causal relation between the two events." *Goldsmith v. Bagby Elevator Co., Inc.*, 513 F.3d 1261, 1277 (11th Cir. 2008) (citing *Burlington N. & Santa Fe Ry. Co. v. White*, 548 U.S. 53, 126 S.Ct. 2405, 2410-16 (2006)). Defendant does not contend that Dr. Raja has not sufficiently alleged statutorily protected activity or a materially adverse action. Rather, Defendant argues that Dr. Raja has not adequately pleaded a causal relation between the protected activity and the adverse action.

Unlike the Second Amended Complaint, the Third Amended Complaint adequately and plausibly alleges a causal link between Dr. Raja's protected activity and adverse actions taken by

1

2

Defendant. The allegations of continued reports of ongoing discrimination and retaliation are sufficiently detailed and causally linked to the rejection of Dr. Raja's candidacy for Vice Chair of Medicine, as well as the "secret investigation" initiated by Defendant, which ultimately led to the denial of Dr. Raja's reappointment to the medical staff. *See* Dkt. 95 ¶¶ 20-22, 26, 52, 63, 69-72.

Accordingly, Defendant's Motion to Dismiss Plaintiff's 3rd Amended Complaint (Dkt. 97) is **DENIED**. Defendant shall answer the Third Amended Complaint within **fourteen (14) days** of the date of this Order.

**DONE AND ORDERED** this 18th day of November, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record